UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MEDINA, JR.<br><br>          Plaintiff,<br><br>     v.<br><br>GUSTAVO MARTINEZ, et al.<br><br>          Defendants. | 1:23-cv-00935-EPG (PC)<br><br>ORDER TO SUBMIT COMPLETED IFP APPLICATION FEATURING TRUST ACCOUNT CERTIFICATION AND PROVIDING TRUST ACCOUNT STATEMENT<br><br>(ECF No. 9). |

Plaintiff is confined at the Fresno County Jail and is proceeding *pro se* in this civil action. Plaintiff has not paid the $402.00 filing fee but previously submitted an application to proceed *in forma pauperis* (IFP) pursuant to 28 U.S.C. § 1915. (ECF No. 2). However, the IFP application was not fully completed. Specifically, the portion of the IFP form, requiring an officer at the place of Plaintiff's incarceration to certify Plaintiff's account balance and to provide a certified copy of the trust account statement showing transactions for the past six months, had not been completed. (*Id.* at 2). Accordingly, the Court ordered Plaintiff to file a fully completed application. (ECF No. 4).

On August 4, 2023, Plaintiff filed a new IFP application. (ECF No. 9) However, it suffers the same defect as his prior application—the portion of the IFP form, requiring an officer at the place of Plaintiff's incarceration to certify Plaintiff's account balance and to provide a certified copy of the trust account statement showing transactions for the past six months, has not been completed. (ECF No. 9, p. 2). It is not apparent from the record why this portion of the form is incomplete, and Plaintiff has offered no explanation.

1

Accordingly, IT IS ORDERED as follows:

1. Within forty-five (45) days of the date of service of this order, Plaintiff shall submit the attached application to proceed *in forma pauperis*, completed and signed in full, and including the trust account certification and providing a certified trust account statement showing transactions for the past six months.
2. If Plaintiff believes he cannot provide that information, he should file a notice along with his IFP application, explaining the efforts he has made to have the appropriate officer at the Jail provide the required information and the Jail's response.
3. Alternatively, Plaintiff may pay the $402.00 filing fee for this action.
4. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

Dated: **August 7, 2023**         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE