UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MEDINA, JR., <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO MARTINEZ, et al., <br><br> Defendants. | No. 1:23-cv-00935-KES-EPG (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS AND DEFENDANTS AND TO PROCEED ON PLAINTIFF'S EXCESSIVE FORCE CLAIM <br><br> (Doc. 26) |

Robert Medina, Jr. proceeds pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff's complaint, as amended, alleges that he was beaten by three officers at Fresno County Jail and that he did not get medical treatment. *See generally* Doc. 24. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff filed his initial complaint on June 22, 2023. Doc. 1. On February 23, 2024, the court screened plaintiff's complaint and found that plaintiff failed to state any cognizable claims. Doc. 17. Plaintiff was given leave to amend his complaint. Doc. 17. He filed a First Amended Complaint (FAC) on April 3, 2024, as well as letters to the court and a motion to amend. Docs. 18, 20, 22. The court granted plaintiff leave to file a Second Amended Complaint to incorporate the facts he stated in his letters and FAC into a single complaint. Doc. 23. Plaintiff then filed his Second Amended Complaint (SAC) on May 13, 2024. Doc. 24.

1

The assigned magistrate judge screened the SAC and issued findings and recommendations on May 21, 2024, finding that plaintiff stated a cognizable excessive force claim against defendants G. Martinez, J. Alvarez, and Martinez, all officers at Fresno County Jail. Doc. 26. The magistrate judge also recommended that all other claims and defendants be dismissed without further leave to amend. *Id.* at 8–9.

The findings and recommendations were served on plaintiff and notified him that any objections were to be filed within thirty days after service. *Id.* at 9. The finding and recommendations advised plaintiff that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014)). No objections have been filed, and the deadline to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a de novo review of this case. Having carefully reviewed the file, the court concludes the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on May 21, 2024 (Doc. 26), are ADOPTED IN FULL;
2. This case shall PROCEED on plaintiff's claim of excessive force against defendants G. Martinez, J. Alvarez, and Martinez, all officers at Fresno County Jail;
3. All other claims and defendants are DISMISSED for failure to state a claim upon which relief may be granted;
4. This action is referred to the assigned magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   July 31, 2024

UNITED STATES DISTRICT JUDGE